IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:23-CV-00192 |
| SOUTHRIDGE PARTNERS, LTD., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, KIMBERLY HANSON, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, SOUTHRIDGE PARTNERS, LTDVVV.

Plaintiff and Defendant, SOUTHRIDGE PARTNERS, LTD, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized.  Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 5TH day July, 2023.

                                  Law Offices of
                                  THE SCHAPIRO LAW GROUP, P.L.

                                /s/ Douglas S. Schapiro
                                Douglas S. Schapiro, Esq.
                                State Bar No. 54538FL
                                The Schapiro Law Group, P.L
                                7301-A W. Palmetto Park Rd., #100A
                                Boca Raton, FL 33433
                                Tel: (561) 807-7388
                                Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 5th day of July, 2023.

                                /s/ Douglas S. Schapiro
                                Douglas S. Schapiro, Esq.
                                State Bar No. 54538FL