IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HANSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHRIDGE PARTNERS, LTD., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> FILE No. 4:23-CV-00192 |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT
## WITH PREJUDICE

Plaintiff, KIMBERLY HANSON and Defendant, SOUTHRIDGE PARTNERS, LTD., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, SOUTHRIDGE PARTNERS, LTD., and this entire case with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 30th day of August, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com
Attorney for Plaintiff

/s/ David M. O'Dens
David M. O'Dens, Esq.
State Bar No. 15198100
SettlePou
3333 Lee Parkway, 8th Fl.
Dallas, TX  75219
Tel:  (214) 520-3300
Email:  odens@settlepou.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL