IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KIMBERLY HANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION No. 4:23-CV-00192 |
| vs. | ) | |
| | ) | Judge Mazzant |
| SOUTHRIDGE PARTNERS, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 30, 2023 (Dkt. #11), it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, SOUTHRIDGE PARTNERS, LTD., and this entire matter be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**
**SIGNED this 6th day of September, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE